UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 JUL 30 AM 10:01

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Jesus Rito LOMELI**<br><br>Defendant | Magistrate Case No. _____<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-<br>Bringing in Illegal Aliens Without Presentation |

BY: '08 MJ 2325

The undersigned complainant being duly sworn states:

On or about **July 29, 2008**, within the Southern District of California, defendant **Jesus Rito LOMELI**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Maria MARTINEZ-Talavera**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this **30th** day of **July, 2008**.

UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

The complainant states that **Maria MARTINEZ-Talavera** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 29, 2008, at about 1:30 a.m., **Jesus Rito LOMELI (Defendant)** made application for admission into the United States at the San Ysidro, California Port of Entry as the driver and sole visible occupant of 1998 Dodge Neon. After reading and processing the license plate information, the computer database system self-generated a referral on the vehicle Defendant occupied. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his California Identification Card and a Certification of Vital Record, issued by the state of California, as proof of citizenship. The CBP Officer received a negative customs declaration from Defendant. The CBP Officer questioned Defendant regarding the ownership of the vehicle; Defendant stated the vehicle belonged to his mother. As a result of the self-generated referral, CBP Officer escorted the vehicle and Defendant to secondary for further inspection.

In secondary, upon request, Defendant presented his entry documents and a Certificate of Title for the vehicle to a CBP Officer. The CBP Officer noticed the Certificate of Title did not list Defendant as the legal or current owner of the vehicle. The CBP Officer questioned Defendant regarding the ownership of the vehicle; Defendant replied he recently purchased the vehicle. Upon conducting a vehicle inspection, the CBP Officer noticed the fuel tank appeared to be tampered with and the filler hose missing. The CBP Officer used his flashlight to emit light to the location and reached out to physically examine with his hand. Upon examining, the CBP Officer observed and felt a human being concealed within. The CBP Officer placed Defendant in handcuffs and escorted him to the Security Officer for initial processing.

CBP Officers located an access to the fuel tank underneath the vehicle's rear seat. The CBP Officers unfastened two metal wires that held the rear seat in place, pulled on the rear seat, exposing, and freeing a trapped female. The female was determined to be a citizen of Mexico without legal documentation to enter the United States. The undocumented alien was retained as a material witness and is now identified as **Maria MARTINEZ-Talavera (Material Witnesses).**

During a videotaped proceeding, Defendant was advised of his Miranda rights and elected to submit to questioning without benefit of counsel. Defendant admitted he purchased the vehicle from a used auto dealership in the amount of $500.00 USD, right before crossing the border. However, failed to provide any proof of the transaction and stated he did not request proof of sale from the dealership because he was exhausted and wanted to return home. Defendant admitted the possibility the vehicle maybe stolen. Defendant stated he became suspicious when he noticed the fuel gage indicated the fuel tank was empty.

On separate videotaped interviews, material witnesses admitted she is a citizen of Mexico without legal documents to enter into United States. Material Witness admitted she made arrangements and agreed to pay a fee of $4,000.00 USD to be smuggled into the United States. Material Witness admitted she was unable to extricate herself out of the compartment. Material Witness admitted she was going to North Hollywood, California to seek residency and employment.