FILED

08 AUG -8 PM 2:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECC     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

08 CR 2640 JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) <u>I N D I C T M E N T</u> |
| v. | ) Title 8, U.S.C., |
| JESUS RITO LOMELI, | ) Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., |
| Defendant. | ) Sec. 2 - Aiding and Abetting; Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation |

The grand jury charges:

Count 1

On or about July 29, 2008, within the Southern District of California, defendant JESUS RITO LOMELI, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Martinez-Talavera, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

SLF:nlv:San Diego
8/7/08

<u>Count 2</u>

On or about July 29, 2008, within the Southern District of California, defendant JESUS RITO LOMELI, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Martinez-Talavera, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: August 8, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
SABRINA L. FEVE
Assistant U.S. Attorney