UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )         08cr2640
      Plaintiff            )         
                           )  CRIMINAL NO. 08m2325
                           )
                           )         ORDER
vs.                        )
                           )  RELEASING MATERIAL WITNESS
Jesus Rito Lomeli          )
                           )  Booking No.
                           )
      Defendant(s)         )
                           )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Martinez-Talavera
      AKA Maria de Los Angeles Rodriguez-Torres

DATED: Aug 13, 2008

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
           DUSM
                              W. SAMUEL HAMRICK, JR.   Clerk
                              
                              by _____
                                    Deputy Clerk
                              
                              K. HAMMERLY

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70082